re: Case #17-3035, Adversary Proceeding for the discharge of student loans held by the U.S. Department of Educ.,

Bkcy Ct District of Springfield, Hon. Elizabeth Kat

Plaintiffs: Lawrence E. Newman
Serena L. Newman

Motion to Amend proceeding removing the loan servicer, MOHELA from liability and entering the U.S. Department of Edu as sole defendant.

Documents: form 1040B cover and letter.

Thank You —

10/05/2017 THIS MOTION IS BEING TREATED AS A MOTION TO DISMISS DEFENDANT MOHELA LOAN SERVICERS. THE MOTION IS GRANTED AND THIS ADVERSARY PROCEEDING IS DISMISSED AS TO MOHELA LOAN SERVICERS.

Elizabeth D. Kat

SEP 29 '17 PM 3:39 USB